| Fill in this information to identify the case: | US BANKRUPTCY COURT SOUTHERN DISTRICT OF MS FILED |
|---|---|
| United States Bankruptcy Court for the: **Southern** District of **Mississippi** (State) | 2024 MAR -8 PM 3:50 |
| Case number (If known): _____ Chapter ____ | DANNY L MILLER CLERK ☐ Check if this is an amended filing BY _____ DEPUTY |

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: **Pine Straw Of Mississippi, LLC**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)
   ☑ Unknown
   EIN __ __ - __ __ __ __ __ __ __

5. Debtor's address

   **Principal place of business**
   111 Lone Wolf Drive
   Number   Street

   Madison          MS    39110
   City             State ZIP Code

   Madison
   County

   **Mailing address, if different**
   _____
   Number   Street

   P.O. Box _____

   _____  _____  _____
   City       State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   2660 HWY 51 S
   Number   Street

   Madison County, MS 39110
   City            State  ZIP Code

Official Form 205                     Involuntary Petition Against a Non-Individual                      page 1

| Debtor | Pine Straw Of Mississippi, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Debtor's website (URL)** www.pinestrawms.com

**7. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
  MM / DD / YYYY

**Part 3: Report About the Case**

**10. Venue**

Check one:
- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **Pine Straw Of Mississippi, LLC**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Halo Homes, LLC | Loan | $23,582.00 |
| IGOR Distrobution, LLC | Unpaid Purchases | $14,599.99 |
| MCFG Properties, LLC | Unpaid Rent | $3,850.00 |
| | Total of petitioners' claims | $42,031.99 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

Name and mailing address of petitioner

**MCFG Properties, LLC**
Name

**111 Lone Wolf Drive**
Number   Street

**Madison**        **MS**      **39110**
City                State        ZIP Code

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Name and mailing address of petitioner's representative, if any

**William Bradley Gatlin**
Name

**111 Lone Wolf Drive**
Number   Street

**Madison**        **MS**      **39110**
City                State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/08/2024
MM / DD / YYYY

X /s/ William Bradley Gatlin
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Debtor _____   Case number (if known)_____
       Name

**Name and mailing address of petitioner**

Halo Homes, LLC
Name

509 Sliverstone Dr.
Number  Street

Madison         MS        39110
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Katherine Shelton
Name

509 Sliverstone Dr.
Number  Street

Madison         MS        39110
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/08/2024
             MM / DD / YYYY

X /s/ Katherine Shelton
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

IGOR Distrobution, LLC
Name

Number  Street

177 Northwind Dr.      Madison   39110
City                   State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Spencer N. Palmer
Name

177 Northwind Dr.
Number  Street

Madison         MS        39110
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/08/2024
             MM / DD / YYYY

X /s/ Spencer N. Palmer
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY